UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RUBY ELAINE ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0642-TAB-RLY |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of Defendants as to all of Plaintiff Ruby Elaine Robertson's Title VII claims, hereby enters judgment in favor of Defendants and against Ruby Elaine Robertson as to those claims.  Robertson's Title VII claims are dismissed with prejudice.  The Court declines to retain supplemental jurisdiction over Robertson's state law claims, which are dismissed without prejudice.  Each side shall bear their own costs.

Dated:  November 22, 2006

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Dana Childress-Jones
childressjones@aol.com

Caren L. Pollack
MANDEL POLLACK & HORN
cpollack@mplaw.net